JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN THOMPSON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　Defendant. | Case No.:  CV 13-02678-R (SH)<br><br><br>**JUDGMENT**<br><br><br>Hon. Manuel R. Real |

**JUDGMENT** is hereby entered for Defendant and against Plaintiff.  It is hereby **ORDERED** that Plaintiff's Complaint be dismissed and that Plaintiff take nothing.

DATED:   August 7, 2014

　　　　　　　　　　　　　　　　　_/s/ Manuel R. Real_____

　　　　　　　　　　　　　MANUEL R. REAL
　　　　　　　　　　　　　United States District Judge